District Judge James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FATHOLLAH MEMARZANJANY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*,<br><br>Defendants. | No. 2:22-cv-1823-JLR   **JLR**<br><br>STIPULATED MOTION FOR DISMISSAL AND [~~PROPOSED~~] ORDER<br><br>Noted for Consideration:<br>February 15, 2023 |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Defendants jointly stipulate to dismiss this case. Plaintiff brought this litigation pursuant to the Administrative Procedure Act seeking, *inter alia*, to compel U.S. Citizenship and Immigration Services ("USCIS") to adjudicate his Form I-485, Application to Register Permanent Residence or Adjust Status. USCIS approved Plaintiff's Form I-485 on February 10, 2023. Accordingly, the above-captioned action having been resolved, the parties stipulate to the dismissal without prejudice, with each party to bear their own fees or costs.

//

//

//

STIPULATED MOTION TO DISMISS        - 1
 (22-cv-1823-JLR)

| | |
|---|---|
| Dated: February 15, 2023 | Respectfully submitted, |
| | NICHOLAS W. BROWN<br>United States Attorney |
| | *s/Michelle R. Lambert*<br>MICHELLE R. LAMBERT, NYS #4666657<br>Assistant United States Attorney<br>United States Attorney's Office<br>1201 Pacific Avenue, Suite 700<br>Tacoma, Washington 98402<br>Phone:  206-428-3824<br>Email:  michelle.lambert@usdoj.gov<br>*Attorneys for Defendants* |
| | FATHOLLAH MEMARZANJANY<br>P.O. Box 295<br>Kirkland, Washington 98083<br>Phone: 628-400-8003<br>Email:  F_Memarzanjany@outlook.com<br>*Pro Se Plaintiff* |

STIPULATED MOTION TO DISMISS         - 2
 (22-cv-1823-JLR)

**[PROPOSED] ORDER**

The parties having stipulated and agreed, the case is dismissed without prejudice with all parties to bear their own costs and attorneys' fees. It is so **ORDERED**.

DATED this ____16th____ day of ____February____, 2023.

_____
JAMES L. ROBART
United States District Judge